## AMERICAN FIRE SPRINKLER CORPORATION, Appellant,

v.

## NATIONAL ART SUPPLY, INC., Respondent.

### No. WD 57198.

Missouri Court of Appeals, Western District.

Submitted Sept. 7, 2000.

Decided Dec. 5, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 2001.

Application for Transfer Denied March 20, 2001.

Dennis G. Muller, Kansas City, for Appellant.

Charles Fowler, III, Leawood, KS, for Respondent.

Robert S. Dix, pro se.

John T. Dix, pro se.

Before HOLLIGER, P.J., BRECKENRIDGE and SMART, JJ.

### Order

PER CURIAM:

American Fire Sprinkler Corporation appeals the judgment of the trial court in which the court denied the plaintiff a mechanic's lien. For the reasons discussed in the memorandum furnished to the parties, the judgment of August 13, 1998, is affirmed. A purported amended judgment dated December 1, 1998, is conceded by the parties to have been entered without jurisdiction and is accordingly a nullity. The August 13, 1998, judgment is affirmed. Rule 84.16(b).